**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office − Trenton, NJ**

NARENDRA LAKHANI, et al.
Plaintiff,
v.

ANIL PATEL, et al.
Defendant.

Case No.: 3:15−cv−07794−MAS−DEA
Judge Michael A. Shipp

Clerk, Superior Court of New Jersey
Somerset County Courthouse
20 North Bridge Street
Somerville, NJ 08876−1262

State No: SOM−L−758−11

**Dear Clerk of Court:**

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

Very truly yours,

William T. Walsh, Clerk
By Deputy Clerk, mmh

encl.
cc: All Counsel